

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 20 Massachusetts Ave., N.W. |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

Tel:  (202) 305-8902
Fax:  (202) 616-8470
Michelle.Bennett@usdoj.gov

July 22, 2012

**BY ECF**

The Honorable Frederic Block
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Briefing schedule for defendants' motion to dismiss in *Priests for Life v. Sebelius*, 12-cv-00753(FB) (E.D.N.Y.)

Dear Judge Block:

     The Court issued a Minute Entry on July 17, 2012, directing the parties to file a letter via ECF no later than July 27, 2012 setting forth an agreed upon briefing schedule for defendants' motion to dismiss for lack of subject matter jurisdiction.  Counsel for the parties have conferred and agreed to the following briefing schedule:

     Defendants' motion to dismiss due August 1, 2012.

     Plaintiffs' response to defendants' motion to dismiss due August 29, 2012.

     Defendants' reply in support of their motion to dismiss due September 12, 2012.

     Respectfully submitted,

     /s/ Michelle R. Bennett
     MICHELLE R. BENNETT
     Trial Attorney
     U.S. Department of Justice, Civil Division